DANIEL G. BOGDEN
Nevada Bar #2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6787

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | MJ-S-04-1204-RJJ |
| ) vs. ) | DEFAULT JUDGMENT OF |
| ) DARRICK W. GARCIA, ) | OF DEFENDANT'S BOND |
| ) Defendant. ) | |

Based on the United States of America's Motion for Default Judgment of Defendant's Bond, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's motion is hereby granted and that defendant Darrick W. Garcia's $300.00 cash bail bond is hereby condemned and

. . .

. . .

. . .

7

1 | forfeited to the United States of America to be executed upon and to
2 | be disposed of in accordance with the law.
3 |      DATED this 20th day of November, 2004.

                                        Robert J. Johnston
                                        UNITED STATES MAGISTRATE JUDGE

Submitted by:

DANIEL G. BOGDEN
United States Attorney

CARLOS A. GONZALEZ
Assistant United States Attorney

8